U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR 17 2004
CLERK, U.S. DISTRICT COURT
By _____
    Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| DIRECTV, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:03-CV-422-A |
| | § | |
| JAMES GARCIA, | § | |
| | § | |
| Defendant. | § | |

O R D E R

The court has determined that there is no record in the file of the above-captioned action of proper service of summons and complaint upon defendant, James Garcia. Therefore,

The court ORDERS that on or before March 31, 2004, plaintiff shall file either proof of proper service of summons and complaint on defendant, or an instrument containing a satisfactory explanation, in affidavit form, as to why such proof cannot be filed.

If plaintiff fails to comply with this order the court will consider the dismissal, without further notice, of plaintiff's claims and causes of action against defendant, as authorized by FED. R. CIV. P. 4(m).

SIGNED March 17, 2004.

JOHN McBRYDE
United States District Judge