

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

DIRECTV, INC., §
　　　　　　　　　　§
　　　　Plaintiff, §
　　　　　　　　　　§
VS. § NO. 4:03-CV-422-A
　　　　　　　　　　§
JAMES GARCIA, §
　　　　　　　　　　§
　　　　Defendant. §

ORDER

The court notes that the answer filed in this action by defendant, James Garcia, is not accompanied by a separately signed certificate of interested persons as required by Local Civil Rule 7.4.

The court ORDERS that, unless defendant files by May 28, 2004, a certificate of interested persons, said answer is subject to being stricken without further notice.

SIGNED May 18, 2004.

　　　　　　　　　　　　　　　JOHN McBRYDE
　　　　　　　　　　　　　　　United States District Judge