IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| DIRECTV, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:03-CV-422-A |
| | § | |
| JAMES GARCIA, | § | |
| | § | |
| Defendant. | § | |

O R D E R

On May 18, 2004, the court signed an order pertaining to, among other things, the preparation of a status report. To this end, the court instructed:

> Plaintiff's counsel is responsible for initiating the status conference and for filing the Joint Status Report. All counsel must participate in the conference and shall sign the Joint Status Report.
>
> . . . .
>
> Failure to timely submit the Joint Status Report or to cooperate in the preparation and the filing of the report or to participate as required in the settlement conference may result in the imposition of sanctions, including dismissal or entry of default without further notice. See FED. R. CIV. P. 16(f).

5/18/2004 Order at 2-3. Plaintiff, DirecTV, Inc., failed to file the "Joint Status Report" before the June 17, 2004, deadline.

Therefore,

The court ORDERS that, by 4:30 p.m. on July 1, 2004, plaintiff show cause, by appropriate written filing, why

sanctions, including dismissal, should not be imposed for failing to comply with the court's order of May 18, 2004.

    SIGNED June 21, 2004.

_____
JOHN McBRYDE
United States District Judge