IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| DIRECTV, INC., | § | |
| Plaintiff, | § § § | |
| VS. | § | NO. 4:03-CV-422-A |
| JAMES GARCIA, | § § § | |
| Defendant. | § | |

O R D E R

On June 21, 2004, the court ordered plaintiff, DirecTV, Inc., to show cause why sanctions, including dismissal, should not be imposed for failing to comply with the court's order of May 18, 2004. The court has received and reviewed plaintiff's response to the show cause order and is satisfied that sanctions should not be imposed for plaintiff's failure to comply with its May 18, 2004, order.

THE COURT SO ORDERS.

SIGNED July 1, 2004.

JOHN McBRYDE
United States District Judge