IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR 2 5 2005
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| DIRECTV, Inc., § § | |
| Plaintiff, § § § | Civil Action No. 4:03-CV-422-A |
| v. § § | |
| JAMES GARCIA, AND KIMBERLY § GARCIA, § § | |
| Defendants. § § | |

## AGREED FINAL JUDGMENT

On this day, came on to be heard the above entitled and numbered cause, wherein DIRECTV, Inc. ("DIRECTV") is the Plaintiff and JAMES GARCIA, AND KIMBERLY GARCIA (the "Garcias") are the defendants.

DIRECTV, by its attorney, and the Garcias, both pro se, announce to the Court that they have resolved their controversy and have reached the Agreed Final Judgment herein without any party admitting liability or culpability with regard to the controversy; and the Court, having considered same, is of the opinion that it should be granted. It is therefore,

ORDERED, that Plaintiff DIRECTV shall have and recover from the Garcias, jointly and severally, judgment as follows:

1. The sum of Ten Thousand Dollars and No/100 Cents ($10,000.00) as damages incurred by DIRECTV;

2. Post judgment interest at the rate of 3.31 percent (3.31%) per year from the date of this Agreed Final Judgment until paid; and

3. DIRECTV shall have all writs of execution and other process necessary to enforce this judgment.

It is further ORDERED

4. That any and all claims, demands, and causes of action asserted or assertable herein by the Garcias against DIRECTV are dismissed WITH PREJUDICE;

5. That any and all claims, demands, and causes of action asserted or assertable herein by DIRECTV against the Garcias based on assisting third parties to obtain DIRECTV communications without authorization, or the commercial use, resale, distribution or manufacture of devices designed for surreptitious interception of communications, are dismissed WITHOUT PREJUDICE.

6. That all costs as between DIRECTV and the Garcias are taxed against the party incurring same.

SO ORDERED.

SIGNED this **25** day of **March**, 2005.



UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM AND SUBSTANCE:

By: _____
Michael G. Brown
State Bar No. 03153800

FIGARI & DAVENPORT, L.L.P.
3400 Bank of America Plaza
901 Main Street, LB 125
Dallas, Texas 75202-3796
(214) 939-2000 (telephone)
(214) 939-2090 (facsimile)

OF COUNSEL:

Frederick Black
State Bar No. 02371100
Andrew J. Mytelka
State Bar No. 14767700
Roni G. Sunderman
State Bar No. 24027899
Michael G. Adams
State Bar No. 00871900

Greer, Herz, & Adams, L.L.P.
One Moody Plaza, 18th Floor
Galveston, Texas 77550
(409) 797-3200 (telephone)
(409) 766-6424 (telecopier)

ATTORNEYS FOR PLAINTIFF
DIRECTV, INC.

APPROVED AS TO FORM AND SUBSTANCE BY DEFENDANTS:

By: _____
JAMES GARCIA, Pro se
1511 Creekview Drive
Keller, Texas 76248
(817) 431-9678

By: _____
KIMBERLY GARCIA, Pro se
1511 Creekview Drive
Keller, Texas 76248
(817) 431-9678

AGREED FINAL JUDGMENT - Page 3